AO 91 (rev.11/11) Criminal Complaint          AUTHORIZED AND APPROVED DATE: _____

# United States District Court
for the

__WESTERN__ DISTRICT OF __OKLAHOMA__

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: MJ-21-177-STE |
| ) | |
| MARQUEZ LASHAWN KING, ) | |

FILED
1:12 pm, Mar 23, 2021
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA
By: Andrea Caster, Deputy Clerk

## CRIMINAL COMPLAINT

I, Sarah King, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of December 8, 2019 in the county of Stephens, in the Western District of Oklahoma, the defendant violated:

**COUNT 1**
*Assault with a Dangerous Weapon*

18 U.S.C. § 113(a)(3); 18 U.S.C. § 1153    did knowingly assault R.L., with a dangerous weapon, to wit: a firearm, with intent to do bodily harm; and

**COUNT 2**
*Robbery*

18 U.S.C. § 2111; 18 U.S.C § 1153    did, by force and violence and by intimidation, take from the person and presence of R.L. and H.L., a cell phone, roll of coins, and a wallet; and

**COUNT 3**
*Aiding and Abetting Robbery*

18 U.S.C. § 2111; 18 U.S.C § 2(a);
18 U.S.C § 1153    did, knowingly aid and abet, by force and violence and by intimidation, taking from the person and presence of R.L. and H.L., a cell phone, roll of coins, and a wallet.

This criminal complaint is based on these facts:

See attached Affidavit of Special Agent, Sarah King, Federal Bureau of Investigation which is incorporated and made a part hereof by reference.

☒ Continued on the attached sheet.

_Complainant's signature_

Sarah King
Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence.

Date: **Mar 23, 2021**

_Judge's signature_

City and State: <u>Oklahoma City, Oklahoma</u>       <u>SHON T. ERWIN, U.S. Magistrate Judge</u>
_Printed name and title_

# AFFIDAVIT

I, Sarah King, a Special Agent of the Federal Bureau of Investigation (FBI), Oklahoma City Division, being duly sworn, state:

## AFFIANT'S EXPERIENCE

1. I have been employed as a Special Agent with the Federal Bureau of Investigation (FBI) since 2017. Throughout my employment as an FBI agent my duties have included investigations of white-collar crimes, civil rights violations, violent crimes against children, and Indian country crimes.

2. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code; that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18 of the United States Code.

## PURPOSE OF AFFIDAVIT

3. This Affidavit is submitted in support of a complaint charging MARQUEZ LASHAWN KING (KING), an Indian, with Assault with a Dangerous Weapon, pursuant to Title 18, United States Code, Sections 113(a)(3) and 1153, Robbery, pursuant to Title 18, United States Code, Sections 2111, 1153, and Aiding and Abetting Robbery, pursuant to Title 18, United States Code, Sections 2111, 2(a), and 1153.

4. I am aware of the information set forth below through conversations with other law enforcement officers, review of reports and affidavits prepared by other law enforcement officers, and review of documents from related state court proceedings. This case was originally

investigated by the Duncan Police Department (DPD), Stephens County Sheriff's Office (SCSO), the Stephens County District Attorney's Office (SCDAO), and other agencies. Since this Affidavit is being submitted for the limited purpose of securing a criminal complaint and an arrest warrant, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to secure a complaint.

## PROBABLE CAUSE

5. On or about December 8, 2019, at approximately 11:41 p.m., DPD officers were dispatched to 1816 Cook Street in Duncan, Oklahoma after multiple 911 calls regarding a disturbance with shots fired. This residence is in Stephens County within the Western District of Oklahoma. Upon arrival, Robert and Holly Lewis advised officers that a female they identified as Allison Nunley and two males had made entry into their home, fired several rounds from handguns, and assaulted them by striking them with their handguns.

6. Officers then met with Reina Tinney and Ryan Kendall who were witnesses inside the residence. Both Kendall and Tinney advised that they gone to the casino with Holly and Robert Lewis on December 8, 2019. They advised that after they left the casino, they stopped at Chisolm Corner on Highway 81 at approximately 11:30 p.m., where they observed a dark-colored Ford Focus hatchback in front of them. The vehicle was driven by Allison Nunley and she was accompanied by two males. Tinney was aware that the Lewises had prior trouble with Nunley recently over a cell phone that Robert Lewis had purchased from Nunley. Kendall, Tinney and the Lewis's continued to 1816 Cook Street Duncan, Oklahoma which was the Lewis's residence.

7. Kendall and Tinney advised that once they were inside the residence for a few minutes, they heard a loud noise from downstairs and heard the front door of the residence get kicked in.

Both Tinney and Kendall advised that they heard yelling and a gunshot as Nunley and a black male known to them as "Demon" and a tall, thin white male with blond hair ran up the stairs. All three individuals had handguns and were waving them around and pointing them at people. The three assailants demanded all four victims give them all their money and phones. The black male and Allison Nunley assaulted Robert and Holly Lewis with their handguns by striking the gun on their heads. Several more gunshots were fired. After retrieving Robert's cell phone, Kendall and Robert's wallets, and a roll of gold coins, the three individuals fled the scene.

8.  The Officers then went to Duncan Regional Hospital to speak to the victims, Holly Lewis and Robert Lewis. Holly stated that she has known Allison Nunley for several years. She said that she had previously purchased a phone from Nunley, but Nunley wanted it returned, and Holly refused. Holly said she had seen Nunley with two males on the night of December 8th at Chisholm Corner immediately before returning to their apartment at 1816 Cook Street in Duncan.

9.  Holly Lewis stated that when they returned home she went upstairs to her bedroom with Robert where there were talking. Holly stated that she began hearing banging on her front door, and then the front door broke open, and Nunley, a black male known as "Demon," and an unknown male came into the residence brandishing firearms. Holly stated that Nunley assaulted her in the bedroom by striking her in the head several times with a handgun. The Lewis' stated that "Demon" had fired rounds and assaulted Robert with his handgun by striking him. The three armed individuals demanded all the money and phones in the residence.

10. After processing the scene, Duncan Police Department Officers captured photos of blood through the home, spent shell casings, and several bullet holes as evidence.

11. Marlow Police performed a traffic stop on the suspect vehicle belonging to Allison Nunley at the Love's convenience store in Marlow, Oklahoma. Nunley was taken into custody,

but a black male passenger fled the scene on foot and was not immediately located. Nunley advised that she did not want to speak to officers, and she was subsequently transported to the Stephens County Jail. Officers returned to Nunley's residence to look for the black male suspect but did not find him. Trevor Grigsby was at the residence, officers noticed that he matched the physical description of the third assailant. Officers snapped his photo and sent it to investigators interviewing the victims. Grigsby was identified by the Lewises, Tinney, and Kendall as the unknown male suspect.

12. Shortly thereafter, deputies from the Stephens County Sheriff's Office conducted a traffic stop in the Marlow area, and a black male identified as MARQUEZ KING was taken into custody. He was read his Miranda warnings and agreed to speak to investigators about the incident at 1816 Cook Street, Duncan, Oklahoma. KING advised that he and Nunley had gone to the Lewis's residence to retrieve her cellphone that Robert had owed her money for. KING advised that Lewis let them into the residence and an altercation took place and he (KING) fired two warning shots into the ground to stop the altercation. KING advised that he had a .40 caliber handgun and had previously dropped it while running from police in Marlow, Oklahoma.

13. District Attorney's office Investigator Lang served a search warrant on Nunley's vehicle and located an iPhone belonging to Robert Lewis as well as a roll of gold coins. Social Security cards and identification cards belonging to KING and Nunley as well as 9mm caliber ammunition and a loaded .40 caliber magazine were also found.

14. Investigator Lang interviewed Grigsby at the Stephens County Sheriff's Office. Grigsby was read his Miranda rights, and he agreed to speak to Lang. Grigsby admitted to going to Duncan with Nunley and KING. Grigsby advised that he knocked on the door at the Lewis residence, and when no one answered, Nunley and KING kicked down the door. Grigsby advised that Nunley

and KING ran into the house screaming and waving firearms. Grigsby advised that KING fired his handgun multiple times very close to Robert Lewis, and Grigsby thought that KING had shot Robert. Grigsby denied pointing his firearm at anyone but advised that he told everyone to give him all of their belongings.

15. I received a Tribal Citizenship Verification for KING, which confirmed that he possessed Indian blood and is an enrolled tribal member of the Chickasaw Nation, a federally-recognized tribe. Consequently, he is an American Indian within the meaning of federal law. The residence at 1816 Cook Street, Duncan, Stephens County, Oklahoma, within the Western District of Oklahoma, is within the exterior boundaries of the Chickasaw Nation Reservation, which qualifies as Indian country under 18 U.S.C. § 1151.

**CONCLUSION**

16. Based on the foregoing facts, I believe that probable cause exists that on or about December 8, 2019, in Duncan, Stephens County, Oklahoma, in Indian country, within the Western District of Oklahoma, KING, an Indian, violated 18 U.S.C. § 113(a)(3) (Assault with a Dangerous Weapon); 18 U.S.C. § 2111 (Robbery); 18 U.S.C. § 1153 (Major Crimes Act); and 18 U.S.C. § 2 (Aiding and Abetting Robbery). I respectfully request that the Court issue a criminal complaint and arrest warrant for MARQUEZ LASHAWN KING.

Further Your Affiant sayeth not.

SARAH KING
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this the 23rd day of March, 2021.

SHON T. ERWIN
United States Magistrate Judge